RE: Hernandez v. Richard Dormer, Et Al  #CV09-05549 (SJF) (WDW)
joseph.hernandez33 to jsgentile

Mr. James S. Gentile, Esq. (Contact Tel: 631/786-2848) is my (the plaintiff's) attorney in the above mentioned matter.

Joseph Hernandez

*signature*, 7/6/2012

To FAX#: 631/273-8774

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 09 2012 ★

LONG ISLAND OFFICE

**RECEIVED**

JUL 09 2012

EDNY PRO SE OFFICE



J. Hernandez
620 E. 13th St.
Apt. 4-G
New York, NY 10009

RECEIVED
U.S. DISTRICT COURT E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND OFFICE
★ JUL 09 2012 ★
ENTERED

* Atten:

U.S. District Court (Eastern Dist.)
Office of the Clerk
100 Federal Plaza
Central Islip, NY 11722

MS: [illegible]@uscourts.gov